No. 87–6681.  CORTEZ v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 87–6682.  KEITH v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 87–6683.  HILGERT v. CITY OF PRAIRIE VILLAGE.  Sup. Ct. Kan.  Certiorari denied.

No. 87–6684.  FREDERICK v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 87–6691.  BURNSIDE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–6692.  BECKER v. WENCO FOODS/WENDY'S INTERNATIONAL INC.  C. A. 2d Cir.  Certiorari denied.

No. 87–6693.  BELL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–6696.  COOKE v. BACH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 87–6706.  ASHLEY v. KOEHLER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 87–6710.  CUBILLOS v. UNITED STATES; and
No. 87–6711.  ZAPATA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 838 F. 2d 168.

No. 87–6714.  WILLIAMS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–6722.  ROBINSON-ROBINSON ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–6727.  COLEMAN v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 87–6728.  O'NEAL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–6729.  WILSON v. MARYLAND.  C. A. 4th Cir.  Certiorari denied.